

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Eric Montreal Anderson, Appellant

No. 06-24-00005-CR     v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 2329683). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find there was partial error in the bill of costs and the judgment of the court below. Therefore, we delete the time payment fee and the $10.00 fee for issuing subpoenas from the bill of costs but add a $5.00 fee for summoning a jury. We also modify the bill of costs and the trial court's judgment to include $290.00 in court costs. As modified, we affirm the judgment of the trial court.

We further order that the appellant, Eric Montreal Anderson, pay all costs of this appeal.

RENDERED SEPTEMBER 6, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk